IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

SCOTT EDWARD SMITH,

          Plaintiff,

v.                                           CIVIL ACTION NO. 3:04-0105

WESTERN REGIONAL JAIL
MEDICAL DEPARTMENT,
SUPERVISING NURSE BARBARA and
NURSE KATINY,

          Defendants.

**ORDER**

This action was referred to the Honorable Maurice G. Taylor, Jr., United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court grant defendants' motions to dismiss and dismiss this action with prejudice. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **GRANTS** defendants' motions to dismiss and **DISMISSES** this action with prejudice, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Taylor, counsel of record, and any unrepresented parties.

ENTER: June 10, 2005

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE